UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_ASHISH GUPTA_

_____,

Plaintiff(s),

vs.

_Ofc Treece, Vergler, Burdett, Caughlin, Gammon_
_of Bolingbrook Police Dept.,_
_Village of Bolingbrook,_
_Andy's Frozen Custard, Bolingbrook, IL_
_County of Will, IL_

Defendant(s).

13cv5858
Judge Elaine E. Bucklo
Magistrate Jeffrey Cole

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986. _, 1988_

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is _ASHISH GUPTA_.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*



4. Defendants _Treece, Nesbr, Burdett, Caughlin, Gorman_, is
(name, badge number if known)

☒ an officer or official employed by _Bolingbrook Police Dept_ ;
(department or agency of government)

_Bolingbrook, IL_ or

☐ an individual not employed by a governmental entity.   _Also Andy's Frozen Custard and Bolingbrook Village, Bolingbrook, IL_

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _Bolingbrook Police Dept_. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _1/15/12 and 8/15/12_, at approximately _12:15 am + 10:30 pm, respectively_ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of _Bolingbrook_
_____, in the County of _WILL_,
State of Illinois, at _1/15/12 – Dunkin Donuts Weber+Boughton, 8/15 – Donuts Way at N Plainfield Rd_
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☒ searched plaintiff or his property without a warrant and without reasonable cause;
☒ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☐ Other: _Falsely Imprisoned, Maliciously Prosecuted, Inflicted Intentional Emotion Distress, Harassed, Defamed – State of IL Claims. Denial of Medical Care / Device – Federal._

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: *(Leave blank if no custom or policy is alleged)*: _w/ Reference to Will County, malicious prosecution._

8. Plaintiff was charged with one or more crimes, specifically:

    01/8/15/12 — Disorderly Conduct Municipal Violation.
    8/15/12 — Felony Stalking, Will County STATE OF IL charge.

9. *(Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other")* The criminal proceedings

    ☐ are still pending.

    ☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

    ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

    ☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Night of ~~1/15/12~~ 1/14/12 or Morning of 1/15/12 — BPD officers Trace, Hangler, Burdett arrested me at Dunkin Donuts on claim of taking a picture of a specific person and charged disorderly conduct. Evidence to the contrary on my phone was disregarded. Then falsely imprisoned and maliciously prosecuted.

8/15/12 — BPD officers Trace, Caughlin and Gorman arrested me falsely after an accusation of taking a picture of an employee of Andys Frozen Custard on Belinghoods. Charge of Felony Stalking, Maliciously Prosecuted.

11. Defendant acted knowingly, intentionally, willfully and maliciously. Yes.

12. As a result of defendant's conduct, plaintiff was injured as follows:

Physical, Psychological injuries, trauma, defamed, emotional distress, Harassed.

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint. *State claims of IIED, Defamation, Harassment/Humiliation*

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. [X] *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *[signature]*   8/15/2013

Plaintiff's name *(print clearly or type)*: ASHISH GUPTA

Plaintiff's mailing address: 1901 DANUBE WAY

City BOLINGBROOK   State IL   ZIP 60490

Plaintiff's telephone number: (630) 649-4741

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district.  [X] Yes ☐ No

*If yes, please list the cases below.*

12 CV 7855

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*